IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAIME L. ROSE and | ) | |
| SHELBY V. MOLLETT, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Cause No. 3:03-CV-884 RM |
| | ) | |
| RHONDA ROSE, an individual, and | ) | |
| THE OFFICE OF SERVICEMEMBERS' | ) | |
| GROUP LIFE INSURANCE, a subsidiary | ) | |
| of Prudential Insurance Company of | ) | |
| America, a New Jersey corporation, | ) | |
| | ) | |
| Defendants | ) | |

AGREED ORDER OF DISBURSEMENT AND DISMISSAL WITH PREJUDICE

Come now the Plaintiffs, Jaime L. Rose and Shelby V. Mollett, by their counsel, Pamela Epp Olsen, and comes now the remaining Defendant, Rhonda Rose, by her counsel, R. Tod Groff, and file their Joint Settlement Agreement, Request For Distribution Of Interpleaded Funds, And Stipulation For Dismissal With Prejudice (hereinafter referred to as the "Agreement), in the following words and figures, to-wit, (H.I.). And the Court, having considered the Agreement as set forth therein, and being duly advised in the premises, NOW APPROVES the Agreement and ORDERS AS FOLLOWS:

1. That with respect to the sums on deposit with the Clerk's office in this matter, the Clerk of the Court is directed to issue the following distribution checks:

   A. A check in the amount of $95,000 payable to "Rhonda Rose and her attorney, R. Tod Groff to be sent to Defendant's counsel at the following address:

    R. Tod Groff, Esq.
    Miller, Tolbert, Muehlhausen
     Muehlhausen, Groff & Damm, P.C.
    216 Fourth Street
    Logansport, Indiana 46947

 B. After payment of the above, a check in the amount of the balance of funds remaining, including interest, payable to "Jaime L. Rose and Shelby V. Mollett and their attorney, Pamela Epp Olsen" to be sent to Plaintiffs' counsel at the following address:

    Pamela Epp Olsen, Esq.
    Cline, Williams, Wright, Johnson & Oldfather, L.L.P.
    1900 U.S. Bank Building
    233 South 13th Street
    Lincoln, Nebraska 68508-2095

2. That once the checks described above are issued and distributed by the Clerk this matter shall be dismissed with prejudice against refiling. Court costs paid.

 SO ORDERED this __13th__ day of __May__ , 2005.

          ___/s/ Robert L. Miller, Jr.___
          Robert L. Miller, Chief Judge
          United States District Court

cc: P. Olsen/D. Stogstill
   R. Tod Groff
   J. Kuzniar

The above Order approved as to content and form by the following:

| /s/ Pamela Epp Olsen | /s/ R. Tod Groff |
|---|---|
| Pamela Epp Olsen, Esq. | R. Tod Groff, Esq. |
| Attorney for Plaintiffs | Attorney for Defendant |
| Jaime L. Rose and | Rhonda Rose |
| Shelby V. Mollett | |